UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-23724-JB

REVEREND ARCHBISHOP THOMAS G. WENSKI,
on behalf of Father Gustavo Andres Santos Higuera,

        Petitioner,

v.

CARLOS MARTEL, *et al.,*

        Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Petitioner's Amended Petition for Writ of Habeas Corpus and Emergency Motion for Temporary Restraining Order. ECF Nos. [3], [4]. The Court has scheduled a hearing on the Emergency Motion for today, August 19, 2025 at 4:15 p.m.. It is hereby **ORDERED** that Petitioner **SHALL NOT** be removed or transferred from the Southern District of Florida pending the Court's ruling on the Emergency Motion.

**DONE AND ORDERED** in Miami, Florida this 19th day of August, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**