UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-23724-JB

REVEREND ARCHBISHOP THOMAS G. WENSKI,
on behalf of Father Gustavo Andres Santos Higuera

    Petitioner,
v.

Calos Martel, *et al.*,

    Respondents.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on Petitioner's Notice of Voluntary Dismissal (the "Notice"), ECF No. [14], in which Petitioner dismisses this action with prejudice. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 20th day of August, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE